IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW3:09CR211-3 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| MITCHELL KEITH KLEINMAN. ) | |

**WRIT OF EXECUTION**

TO BANK OF AMERICA:

A judgment was entered on January 12, 2011, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Mitchell Keith Kleinman, whose last known address is XXXXXXXXXXXXXXXX, Newport Beach, CA, 92660, in the sum of $2,202,079.40. The balance on the account as of May 18, 2011, is $2,123,637.52.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Bank of America is commanded to **turn over property** in which the defendant, Mitchell Keith Kleinman, has a substantial nonexempt interest, the said property being funds located in Bank of America accounts including, but not limited to, checking accounts, savings accounts and Individual Retirement Accounts (IRAs), in the name of Mitchell Keith Kleinman, at the following address: Bank of America, 1425 NW 62nd St, Ft. Lauderdale, Fl 33309, Attention: Legal Department.

Signed: May 24, 2011

_____
David C. Keesler
United States Magistrate Judge