IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW3:09CR211-3 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| MITCHELL KEITH KLEINMAN. ) | |

## WRIT OF EXECUTION

TO NATIONAL FINANCIAL SERVICES, LLC.:

A judgment was entered on January 12, 2011, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Mitchell Keith Kleinman, whose last known address is XXXXXXXXXXXXXXX, Newport Beach, CA, 92660, in the sum of $2,202,079.40. The balance on the account as of May 18, 2011, is $2,123,637.52.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and National Financial Services, LLC. is commanded to **turn over property** in which the defendant, Mitchell Keith Kleinman, has a substantial nonexempt interest, the said property being funds located in National Financial Services, LLC. accounts including, but not limited to, Individual Retirement Accounts (IRAs) and joint trust accounts, in the name of Mitchell Keith Kleinman, at the following address: National Financial Services, LLC., PO Box 770001, Cincinnati, OH 45277-0031, Attention: Risk Ops Prep-Court Order.

Signed: May 24, 2011

David C. Keesler
United States Magistrate Judge