IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW3:09CR211-3 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| MITCHELL KEITH KLEINMAN. ) | |

**WRIT OF EXECUTION**

TO BELLAGIO:

A judgment was entered on January 12, 2011, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Mitchell Keith Kleinman, whose last known address is XXXXXXXXXXXXXX, Newport Beach, CA, 92660, in the sum of $2,202,079.40. The balance on the account as of July 11, 2011, is $2,118,959.52.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Bellagio is commanded to **turn over property** in which the defendant, Mitchell Keith Kleinman, has a substantial nonexempt interest, the said property being funds located in Bellagio accounts including, but not limited to, account number XXXXXXX, in the name of Mitchell Keith Kleinman, at the following address: Bellagio, 3600 Las Vegas Boulevard South, Las Vegas, NV 89109.

Signed: August 9, 2011

_____
David C. Keesler
United States Magistrate Judge